THE STATE *versus* JACKSON.

In *scire facias* upon a recognizance for the appearance of a person charged with crime, no appeal lies, for the State, from the judgment of the District Court, sustaining a demurrer to the *scire facias.*

Such an appeal will be dismissed upon motion.

When such an appeal is dismissed, the defendant is entitled to costs against the State.

SCIRE FACIAS in the District Court, brought upon a recognizance for the appearance of a person charged with crime. The defendant demurred to the *scire facias,* and judgment was rendered, sustaining the demurrer.   The County Attorney appealed to this Court, but no recognizance to prosecute the appeal was entered into.

Now, in this Court, Webster, for the defendant, moved that the action be dismissed, because there had been no recognizance upon the appeal, and cited R. S. chap. 97, sect. 13. The motion was resisted by Coburn, County Attorney.

PER CURIAM. — No recognizance could be entered into. Neither the Attorney General nor the County Attorney, nor any other person had authority to recognize the State. And, if it could be done, the proceeding would be merely nugatory. No action could be sustained against the State upon it.

By a fair construction of the statute, we think it was not intended that appeals should be allowed to the State, in cases of this kind, and the action must, therefore, be dismissed.

*On motion, costs against the State were allowed.*